**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                             Case No.: 1:14–cr–00135
                                             Honorable Sidney I. Schenkier

John Bills, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 28,2015:

      MINUTE entry before the Honorable Virginia M. Kendall:as to John Bills, Pretrial Conference set for 12/22/2015 at 10:00 AM. Motions in limine, 404B and Santiago proffer by 12/1/2015. Responses by 12/8/2015. Jury instructions in three sets (1 agr eed, 1 plaintiff, 1 defendant) by 12/8/2015. Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.