UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JOHN BILLS, )<br>)<br>        Defendant, )<br>)<br>        and )<br>)<br>MUNICIPAL EMPLOYEES' ANNUITY )<br>AND BENEFIT FUND OF CHICAGO, )<br>)<br>        Third-Party Citation Respondent, )<br>)<br>        and )<br>)<br>MARGARET BILLS, )<br>)<br>        Interested Party.[1] ) | No. 14 CR 135-1<br><br>Judge Kendall |

**<u>RENEWED MOTION OF THE UNITED STATES FOR A TURNOVER ORDER</u>**

      The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, renews its motion for a turnover order directed to the Municipal Employees' Annuity and Benefit Fund of Chicago (the Fund) for $266,519.20, representing a refund of contributions John Bills made to the Fund. The United States moved for a turnover order (Dkt. 281), which it incorporates by reference into this renewed motion. On October 23, 2017, the court granted the turnover motion. Dkt. 285. Margaret Bills, defendant's ex-wife, moved to vacate

---

[1] *United States v. Kollintzas*, 501 F.3d 796, 800 (7th Cir. 2007) (recognizing that a third party with an interest in property that is the subject of a post-judgment garnishment proceeding may appear and participate as an "interested party").

the turnover order on the basis that she did not receive adequate notice of the motion and had a right to claim 36% of the refund. Dkt. 297. The court granted the motion to vacate and ordered the United States to renew its motion addressing Margaret Bills's claim. Dkt. 316.

Margaret Bills has no interest in the refund due John Bills, or at the very best has an interest that is subordinate to the United States' lien. Along with the renewed motion, the United States has filed a supporting memorandum.

WHEREFORE, the United States requests entry of a turnover order denying Margaret Bills's objection and claim, and directing the Fund to submit to the Clerk of the Court $266,519.20, for application to the defendant's outstanding restitution judgment.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Joseph A. Stewart
JOSEPH A. STEWART
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-469-6008
joseph.stewart@usdoj.gov